IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ADAM FRANCHI, Individually and On Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>  v.<br><br>OMEGA PROTEIN CORPORATION, GARY R. GOODWIN, BRET D. SCHOLTES, STEPHEN C. BRYAN, MICHAEL N. CHRISTODOLOU, CELESTE A. CLARK, DAVID H. CLARKE, DAVID A. OWEN, DAVID W. WEHLMANN, COOKE INC., and ALPHA MERGERSUB, INC.,<br><br>  Defendants. | Case No. 2:17-cv-02805-GMN-NJK<br><br>JURY TRIAL DEMANDED<br><br>CLASS ACTION |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Adam Franchi ("Plaintiff") hereby voluntarily dismisses his individual claims in the above-captioned action (the "Action") with prejudice as to Plaintiff only, and without prejudice as to his claims on behalf of the putative class in the Action.

No compensation in any form has passed directly or indirectly to Plaintiff or Plaintiff's counsel, no promise, understanding, or agreement to give any such compensation has been made, and the parties have not had any discussions concerning the amount of any attorneys' fees and expenses.

No class has been certified in the Action.

Because this notice of dismissal is being filed before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

| | |
|---|---|
| Dated: January 30, 2018 | **KEMP, JONES & COULTHARD LLP** |
| | By: *Michael Gayan* |
| | Michael J. Gayan |
| **OF COUNSEL:** | Wells Fargo Tower, 17th Floor |
| | 3800 Howard Hughes Parkway |
| **RIGRODSKY & LONG, P.A.** | Las Vegas, NV 89169 |
| 2 Righter Parkway, Suite 120 | (702) 385-6000 |
| Wilmington, DE 19803 | |
| (302) 295-5310 | *Attorneys for Plaintiff* |
| | |
| **RM LAW, P.C.** | |
| 1055 Westlakes Drive, Suite 300 | |
| Berwyn, PA 19312 | |
| (484) 324-6800 | |